1   W. George Wailes (Bar No. 100435)
    gwailes@carr-mcclellan.com
2   John D. Minton (Bar No. 223823)
    jminton@carr-mcclellan.com
3   Scott E. Atkinson (Bar No. 251996)
    satkinson@carr-mcclellan.com
4   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
5   216 Park Road
    P.O. Box 513
6   Burlingame, California  94011-0513
    Telephone:      (650) 342-9600
7   Facsimile:      (650) 342-7685

8   Attorneys for Plaintiff
    ERIC KOVESDY, an individual and sole proprietor of business
9   known as Humex Income Tax

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14

15  ERIC KOVESDY, an individual and sole       Case No.  CV10-2012-SBA
    proprietor of business known as Humex
    Income Tax,                                ORDER APPROVING STIPULATION FOR
16                                             EXTENSION OF TIME TO SUBMIT INITIAL
                                               DISCLOSURES AND JOINT CASE
17                  Plaintiff,                 MANAGEMENT CONFERENCE
                                               STATEMENT
    v.
18
    HEDY KOVESDY, an individual;
19  HUMEX INCOME TAX, INC., an entity;
    SUZANNE NAGY, an individual,
20
                    Defendant.
21

22          The Court, having considered the Stipulation for Extension of Time to Submit Initial

23  Disclosures, Discovery Plan and Joint Case Management Conference Statement submitted by the

24  parties, and good cause appearing;

25          It is ordered

26          1.   The stipulation is approved;

27          2.   The deadline for the parties to file their initial disclosures and discovery plan shall be

28              August 24, 2010;

29727-00001\iManage\3222441.1

1      3.  The deadline for the parties to file their joint case management statement shall be

2           August 24, 2010;

3      It is so ordered.

4

Date: 8/12/10

5

6                                           Saundra Brown Armstrong

7                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28