1  W. George Wailes (Bar No. 100435)
   gwailes@carr-mcclellan.com
2  John D. Minton (Bar No. 223823)
   jminton@carr-mcclellan.com
3  Scott E. Atkinson (Bar No. 251996)
   satkinson@carr-mcclellan.com
4  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
5  216 Park Road
   P.O. Box 513
6  Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
7  Facsimile:     (650) 342-7685

8  Attorneys for Plaintiff
   ERIC KOVESDY

9

10  Alexander K. Abraham (Bar No. 86870)
    aka@chauvelabraham.com
11  Kenneth M. Weinfield (Bar No. 116560)
    kmw@chauvelabraham.com
12  Chauvel, Abraham & Descalso, LLP
    155 Bovet Road, Suite 780
13  San Mateo, CA 94401
    Telephone: (650) 573-9500
14  Facsimile: (650) 573-9689

15  Attorneys for Defendants
    HEDY KOVESDY, HUMEX INCOME TAX, INC. and
16  SUZANNE NAGY

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20

21  ERIC KOVESDY, an individual and sole          Case No.  CV10-2012-SBA
    proprietor of business known as Humex
22  Income Tax,                                   STIPULATION AND ORDER CONTINUING
                                                  CASE MANAGEMENT CONFERENCE,
23                 Plaintiff,                     MOTION TO DISMISS AND ADOPTING
                                                  ADR PROCESS
24  v.

25  HEDY KOVESDY, an individual;
    HUMEX INCOME TAX, INC., an entity;
26  SUZANNE NAGY, an individual,

27                 Defendant.

28

                                                  Stipulation and (Proposed) Order
                                                  CV10-2012-SBA

1    Plaintiff Eric Kovesdy and defendants Hedy Kovesdy, Humex Income Tax, Inc. and

2    Suzanne Nagy hereby stipulate as follows:

3      1.  That this matter may be referred to a hybrid ENE/Dispute Resolution proceeding, in

4          which the neutral may provide a verbal assessment of the merits of the case without

5          the need to prepare a written assessment or opinion;

6      2.  That the neutral may engage in ex parte communications with the parties and their

7          counsel as he/she deems appropriate, and may take the parties' underlying interests

8          into account in discharging his/her duties;

9      3.  That the neutral shall have expertise in trademark and trade secrecy law, and be drawn

10         from the Court's ENE and/or mediation panels;

11     4.  That the Case Management Conference presently scheduled in this matter on

12         November 18, 2010 may be continued to **February 16, 2011 at 3:30 p.m. via**

13         **telephone**. to facilitate the parties' discussions; and the parties shall **meet and confer**

14         prior to the conference and shall prepare a joint Case Management Conference

15         Statement which shall be filed no later than ten (10) days prior to the Case

16         Management Conference  that complies with the Standing Order For All Judges Of

17         The Northern District Of California and the Standing Order of this Court.  Plaintiffs

18         shall be responsible for filing the statement as well as for arranging the conference

19         call.  All parties shall be on the line and shall call (510) 637-3559 at the above

20         indicated date and time.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 2 -

Stipulation and (Proposed) Order
CV10-2012-SBA

1  ///

2  ///

3  ///

4  ///

5  ///

6  ///

7  ///

8        5.  That defendants' motion to dismiss, presently scheduled for December 7, 2010, may

9        be continued to January 11, 2010 at 1:00 p.m. for the purpose of facilitating the

10        parties' discussions.

11

12  IT IS SO STIPULATED.

13

14  Dated: October 27, 2010          CARR, McCLELLAN, INGERSOLL,
                              THOMPSON & HORN

15                                Professional Law Corporation

16

17                                By:_____/s/_____
                                 W. George Wailes

18                                   Attorneys for Plaintiff
                               ERIC KOVESDY

19  Dated: October 27, 2010          CHAUVEL, ABRAHAM & DESCALSO, LLP

20

21                                By:_____/s/_____

22                                 Kenneth M. Weinfield, Esq.
                               Attorneys for Defendants

23                                 HEDY KOVESDY, HUMEX INCOME TAX,
                               INC. and SUZANNE NAGY

24

25

26

27

28

                             - 3 -             Stipulation and (Proposed) Order
                                                          CV10-2012-SBA

1    Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

2

3    Dated:  November 9, 2010

4

5

6    _____
     Hon. Saundra Brown Armstrong

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -                              Stipulation and (Proposed) Order
                                                                  CV10-2012-SBA